# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16-cr-00393-JAR |
| ) | |
| DONALD WILHELM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Defendant Donald Wilhelm's Motion to Suppress Evidence Seized Pursuant to a Search Warrant (Doc. 123), First Amended Motion to Suppress and Request for Franks Hearing (Doc. 163), and Motion to Disclose Confidential Informant (Doc. 218). Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Noelle C. Collins, who filed a Report and Recommendation on June 20, 2017, recommending that Defendant's Motion to Suppress Evidence Seized Pursuant to a Search Warrant and First Amended Motion to Suppress and Request for Franks Hearing be denied, and that his Motion to Disclose Confidential Informant be granted in part only as to disclosures under Brady, Bagley, the Jencks Act and Rule 16 materials, and denied in all other respects (Doc. 230). Defendant filed written objections to the Report and Recommendation on July 4, 2017 (Doc. 240), and the Government filed a written response on July 10, 2017 (Doc. 253). The Court finds that the Magistrate Judge's conclusions are supported by the evidence, and that the Defendant's objections are not persuasive. After de novo review of this matter, the Court adopts the Magistrate Judge's recommendations. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. 230) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence Seized Pursuant to a Search Warrant (Doc. 123) and First Amended Motion to Suppress and Request for a Franks Hearing (Doc. 163) are **DENIED.**

**IT IS FINALLY ORDERED** that Defendant's Motion to Disclose Confidential Informant (Doc. 218) is **GRANTED in part** only as to disclosures under Brady, Bagley, the Jencks Act and Rule 16 materials, and is **DENIED** in all other respects.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 20th day of July, 2017.